UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ERIK RAPPEL,

        Plaintiff,

v.

COLLECTCORP CORPORATION,

        Defendant.
-------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D N Y

★   AUG 0 6 2010   ★

LONG ISLAND OFFICE

Case No. 2:08-cv-4271-ADS-AKT

## JOINT MOTION TO DISSOLVE STIPULATED INJUNCTION

Pursuant to this Court's July 1, 2009 Final Order and Judgment (Dkt. 24), plaintiff, Erik Rappel ("Plaintiff"), and defendant, Collectcorp Corporation ("Collectcorp"), hereby submit this joint motion to extinguish the Stipulated Injunction entered July 7, 2009 (Dkt. 26), and state:

On July 1, 2009, this Court entered a Final Order and Judgment finally approving the parties' class action settlement and entering a Stipulated Order for Permanent Injunction. Dkt. 24 and 26. The Stipulated Injunction required Collectcorp to use its best efforts to ensure that in all Telephonic Communications with debtors that are governed by the FDCPA that it (a) identifies itself by stating the name of the business; (b) identifies itself as a "debt collector" and/or "bill collector"; and (c) states that the purpose of the communication is to collect a debt. Collectcorp has fulfilled its obligations. Collectcorp has trained its collectors regarding their obligations and has used its best efforts to ensure

all employees and newly hired employees execute an acknowledgment of their training and responsibilities.

The Stipulated Injunction further required Collectcorp to draft a report to Class Counsel each quarter detailing how Collectcorp has complied with the Stipulated Injunction.  Collectcorp has fulfilled is reporting obligations and each quarter Class Counsel and counsel for Collectcorp conferred regarding the draft report and Collectcorp's compliance.

The Stipulated Injunction directed the parties to submit a joint motion to the Court to extinguish the Stipulated Injunction after the one (1) year period was over.  One year has passed since the entry of the injunction, and Collectcorp has complied with its obligations during the past year.

WHEREFORE, the parties jointly request the Court dissolve the Stipulated Injunction, and for such other relief this Court deems proper.

Respectfully Submitted,


/s/ Lawrence Katz
Lawrence Katz, Esq.
445 Central Avenue, Suite 206
Cedarhurst, NY 11516
Telephone:  (516) 374-2118
Facsimile:  (516) 706-2404
lkatz@lawkatz.com


Attorney for Plaintiff
and the Class Members

/s/ Dayle M. Van Hoose
Dayle M. Van Hoose, Esq.
SESSIONS, FISHMAN, NATHAN, & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone:  (813) 890-2463
Facsimile:  (866) 466-3140
dvanhoose@sessions-law.biz

David Israel, Esq.
SESSIONS, FISHMAN, NATHAN, & ISRAEL, L.L.C.
Lakeway Two, Suite 1240
3850 North Causeway Boulevard
Metairie, LA 70002-1752
Telephone:  (504) 828-3700
Facsimile:  (504) 828-3737
disrael@sessions-law.biz

Kevin Barry McHugh, Esq.
LAW OFFICES OF EDWARD GARFINKEL
12 Metrotech Center, 28th Floor
Brooklyn, New York 11201
Telephone:    (718) 250-1100
Facsimile:     (718) 250-1168
kevin.mchugh@chartisinsurance.com

Attorneys for Defendant,
Collectcorp Corporation

# ORDER

IT IS SO ORDERED

DATED: _____8/6/10_____          _____

THE HONORABLE ARTHUR D. SPATT
UNITED STATES DISTRICT COURT JUDGE

\\sfnfs02\prolawdocs\9241\9241-23724\Rappel, Erik\146318.doc